33 A.3d 1260

**Thomas ROBINSON, Appellant**

v.

**DEPT. OF CORRECTIONS, and J–Pay, Appellees.**

Supreme Court of Pennsylvania.

Dec. 21, 2011.

No. 64 MAP 2011,

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2011, the Order of the Commonwealth Court is **AFFIRMED.**